The relief described hereinbelow is SO ORDERED.

Signed July 27, 2009.

							*Ronald B. King*
							Ronald B. King
							United States Chief Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| GARY V. ST. CLAIR AND INA I. ST. CLAIR, | § § § | CASE NO. 09-60792-RBK |
| DEBTORS | § § | CHAPTER 13 |

ORDER TO APPEAR AND SHOW CAUSE

On this date came on for review the file in the above-referenced case, and it appears to the Court that (1) on *August 20, 2004*, the Debtors filed *Case No. 04-62640-lek* under Chapter 13, which was dismissed on *March 17, 2005*; (2) on *November 3, 2008*, the Debtors filed *Case 08-61134-rbk* under Chapter 13, which was dismissed on *May 4, 2009*; and (3) on *July 6, 2009*, the Debtors filed *Case No. 09-60792-rbk* under Chapter 13, which is currently pending before this Court. In addition, Debtor **Gary St. Clair** previously filed *Case No. 02-40409* in the Southern District of Texas, Houston Division, on *September 10, 2002*, which was dismissed on *April 23, 2003*, and both Debtors filed *Case No. 02-34563* in the Southern District of Texas, Houston Division, on *April 9, 2002*, which was

discharged on *September 3, 2002*. Because of the filing of several cases, it will be necessary for the Court to conduct a show cause hearing to determine whether *Case No. 09-60792-rbk* should be dismissed.

It is, therefore, **ORDERED, ADJUDGED, AND DECREED** that the above-referenced Debtors, ***Gary V. St. Clair and Ina I. St. Clair***, and/or Counsel of Record for the Debtors, ***Frank S. Steelman***, appear before this Court on **AUGUST 25, 2009, AT 1:30 P.M.**, in the United States Bankruptcy Court for the Western District of Texas, Courtroom Number 1, 800 Franklin Avenue, Suite 160, Waco, Texas, and show cause why *Case No. 09-60792-rbk* should not be dismissed.

# # #

***Send Copies to*:**

*Debtors*:

***Gary V. St. Clair and***
***Ina I. St. Clair***
614 South Commerce Street
Bremond, Texas 76629

*Counsel for Debtors*:

***Frank S. Steelman***
1810 Greenfield Plaza
Bryan, Texas 77802

*Chapter 13 Trustee*:

***G. Ray Hendren***
Suite 475
8310 Capital of Texas Highway North
Austin, Texas 78731