

The relief described hereinbelow is SO ORDERED.

Signed July 29, 2009.

_____
Ronald B. King
United States Chief Bankruptcy Judge

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| GARY V. ST. CLAIR AND INA I. ST. CLAIR, | § § § | CASE NO. 09-60792-RBK |
| DEBTORS | § | CHAPTER 13 |

**ORDER DISMISSING MOTION AS MOOT**

On this day came on to be considered the "Uncontested Motion for Continuance Regarding Hearing on Debtor's Motion for Extension of Automatic Stay" (Court document #14), and it appears to the Court that the Motion should be dismissed as moot.

It is, therefore, **ORDERED, ADJUDGED, AND DECREED** that the above-referenced *Uncontested Motion for Continuance* is hereby **DISMISSED AS MOOT**.

# # #