STATE OF TEXAS [

COUNTY OF BRAZOS [

### AFFIDAVIT

BEFORE ME, the undersigned authority on this day personally appeared <u>GARY V. ST. CLAIR and INA I. ST. CLAIR</u>, who stated that they are the debtors who have filed Bankruptcy, Case No. 09-60792-rbk-13. They are over the age of 18 years of age and able and capable of making this affidavit. They swear that this filing is true and correct:

I have read the Objection to the Claim and it is true and correct.

SIGNED this 15th day of September, 2009.

_____
GARY V. ST. CLAIR

_____
INA I. ST. CLAIR

SWORN AND SUBSCRIBED before me on this 15th day of September, 2009, by GARY V. ST. CLAIR and INA I. ST. CLAIR.


ASHLEY ELISE DUTTON
MY COMMISSION EXPIRES
August 27, 2012

_____
Notary for the State of Texas