

The relief described hereinbelow is SO ORDERED.

Signed September 18, 2009.

_____
Ronald B. King
United States Chief Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| IN RE: | § | |
|---|---|---|
| | § | |
| GARY V. ST. CLAIR AND INA I. ST. CLAIR, | § § § | CASE NO. 09-60792-RBK |
| DEBTORS | § | CHAPTER 13 |

ORDER DISMISSING MOTION AS WITHDRAWN

On September 16, 2009, came on to be heard the "Motion to Withdraw as Counsel of Record" filed by **Frank Steelman**, Counsel of Record for the Debtors (Court document #24), and it appears to the Court that the Motion should be dismissed as withdrawn.

It is, therefore, ORDERED, ADJUDGED, AND DECREED that the above-referenced *Motion to Withdraw as Counsel* is hereby DISMISSED AS WITHDRAWN.

# # #