The relief described hereinbelow is SO ORDERED.

Signed September 18, 2009.



_____
Ronald B. King
United States Chief Bankruptcy Judge

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| GARY V. ST. CLAIR AND INA I. ST. CLAIR, | § § § § | CASE NO. 09-60792-RBK |
| DEBTORS | § | CHAPTER 13 |

**ORDER WITHDRAWING**
**PRIOR ORDER TO APPEAR AND SHOW CAUSE**

On September 16, 2009, came on to be heard this Court's Order of July 29, 2009 to the above-referenced Debtors and/or counsel of record for the Debtors to Appear and Show Cause in the above-referenced case (Court document #16), and it appears to the Court that the Order should be withdrawn.

It is, therefore, **ORDERED, ADJUDGED, AND DECREED** that the above-referenced *Order of July 29, 2009 to Appear and Show Cause* is hereby **WITHDRAWN**.

# # #