SIGNED THIS _____ DAY OF _____, 2009.

_____
RONALD B. KING
UNITED STATE BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| GARY V. ST. CLAIR | § | CASE NO. 09-60792-rbk-13 |
| INA I. ST. CLAIR | § § | |
| Debtors | § | |

### ORDER APPROVING AGREEMENT BETWEEN DEBTOR AND CREDITOR

CAME ON for consideration the agreement between parties. The Court considered the Amended Objection to Claim; any responses filed thereto, the contents of the Court's file, the statements of counsel and witnesses, if any, and all other evidence presented. The Court, after having been shown that all parties in interest have been duly served, hereby issues the following Order:

IT IS THEREFORE ORDERED, that the Agreement between EMC Insurance and the Debtors, Gary and Ina St. Clair is approved.