

The relief described hereinbelow is SO ORDERED.

Signed October 08, 2009.

_____
Ronald B. King
United States Chief Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| GARY V. ST. CLAIR | § | CASE NO. 09-60792-rbk-13 |
| INA I. ST. CLAIR | § | |
| | § | |
| **Debtors** | § | |

**ORDER ON AMENDED OBJECTION TO CLAIM #3**

LET IT BE KNOWN that on this _____ day of _____ 2009, came on to be heard the Debtor's Amended Objection to Claim filed by EMC Insurance.

The Court hereby grants the Objection to Claim and classifies the Claim as an unsecured non-priority claim.

Further, the Court agrees to the Debtor-Creditor agreement that the Debtor may assign any interest he may have in a state cause of action against Central Freight Line. The Creditor is given 30 days from this date to withdraw it's claim and the Debtor to execute an assignment of his interest in the cause of action.

APPROVED AS TO FORM:

_____
Michael P. Duray
Attorney for EMC Insurance