The relief described hereinbelow is SO ORDERED.

Signed October 26, 2009.



_____
Ronald B. King
United States Chief Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| GARY V. ST. CLAIR | § | CASE NO. 09-60792-rbk-13 |
| INA I. ST. CLAIR | § | |
| **Debtors** | § | |

**ORDER ON AMENDED OBJECTION TO**

**CLAIM #4**

LET IT BE KNOWN that on this 6th day of October 2009, came on to be heard the Debtor's Objection to Claim filed by Jackie Matlock.

The Court affirms the Debtor's objection to the default interest rate. The Court allows Creditor's attorney fees of $12,200.00, through October 6, 2009, $1,932.50 in late charges and a charge of $20.00 for N.S.F. checks.

APPROVED AT TO FORM:

*[signature]*

Molly Hedrick
Attorney for Jackie Matlock