UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 09-60792 |
| | § | |
| GARY and INA ST. CLAIR, | § | |
| | § | CHAPTER 13 |
| DEBTORS. | § | |

**UNITED STATES OF AMERICA'S OBJECTION TO**
**CONFIRMATION OF DEBTOR'S PLAN OF REORGANIZATION**

The United States of America, on behalf of the Internal Revenue Service , files this objection to confirmation of the debtor's plan of reorganization and represents the following:

1. The United States objects to confirmation because the debtors' plan fails to pay the Internal Revenue Service's allowed priority and secured claim.

2. The United States objects to confirmation of the debtors plan because the debtors have failed to file all pre petition tax returns. It appears the 940 for 2003, 2004 and 2005 , the 941 for the 2nd quarter of 2006 and the 1040 for the 2008 tax year have not been filed..

3. The United States also objects to confirmation on the basis that the plan is not feasible.

   Wherefore, the United States prays that the debtors plan not be confirmed.

Respectfully submitted,

JOHNNY SUTTON
UNITED STATES ATTORNEY

By:

  /s/ STEVEN B. BASS
STEVEN B. BASS
Assistant United States Attorney
816 Congress Avenue, Suite 1000
Austin, Texas 78701
(512) 916-5858/Fax (512) 916-5854
Florida State Bar No. 767300
Counsel for the United States of America

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing "United States of America's Objection to Confirmation of Debtor's Plan of Reorganization has been mailed either by the Courts electronic mail system or via First Class Mail on this the 19th day of November 2009, to the following:

Gary and Ina St Clair
614 S. Commerence St
Bremond, TX 76629


Frank Steelman
1810 Greenfield Plaza
Bryan Tx 77802

Ray Hendren
8310 Capital of Texas Hwy North
Ste 475
Austin tx 78731


  /s/ STEVEN B. BASS
STEVEN B. BASS
Assistant United States Attorney

2