# UNITED STATES BANKRUPTCY COURT
## *Western District of Texas*
**800 Franklin Avenue, Suite 140**
**Waco, Texas 76701**

*GEORGE D. PRENTICE II*                                                                 *(254) 750–1513*
*CLERK OF COURT*

**DATE:    December 21, 2009**

**Karl R. Quebe**
**Attorney At Law**
**5400 Bosque Boulevard, Suite 603**
**Waco, Texas 76710**

**RE:    Order Due**
        Bankruptcy Case No.:    **09–60792–rbk**
             Case Style:    Gary V. St. Clair and Ina I. St. Clair

Dear    Mr. Quebe:

During a periodic review of case files and docket sheets, the Clerk's Office records reflected that you were directed to prepare a form of order in conformance with the Court's ruling on 11/17/09

66 –  *44* – Motion for Relief from Stay (15 Day Objection Language) ( Filing Fee: &#036 150.00 ) filed by Karl R.
44    Quebe for Creditor First Star Bank, S.S.B. (Quebe, Karl)

According to our files, no such order has been entered, and as a result, the court records are incomplete.

Please submit a form of order, resolving the above–referenced matter, by **1/11/10**. If no order is received, the Court may dismiss the matter for want of prosecution.

George D. Prentice II
Clerk, U. S. Bankruptcy Court

BY: B. Hardage

**IF AN ORDER HAS ALREADY BEEN SENT, PLEASE DISREGARD THIS LETTER.**

| | | | |
|---|---|---|---|
| **903 San Jacinto, Suite 322**<br>**Austin, Texas 78701**<br>**(512) 916–5237** | **8515 Lockheed**<br>**El Paso, Texas 79925**<br>**(915) 779–7362** | **U.S. Post Office Annex**<br>**100 E. Wall Street, Room P–163**<br>**Midland, Texas 79701**<br>**(432) 683–1650** | **Hipolito F. Garcia Federal Bldg**<br>**and U.S. Courthouse**<br>**615 E. Houston Street, Suite 137**<br>**San Antonio, Texas 78205**<br>**(210) 472–6720** |

**[Order Due Letter]** [Ltrodap]