The relief described hereinbelow is SO ORDERED.

Signed January 13, 2010.

_____
Ronald B. King
United States Chief Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| IN RE: § | | CASE NO. 09-60792-RBK |
| § | | |
| GARY V. ST. CLAIR § | | |
| INA I. ST. CLAIR § | | |
| § | | |
| DEBTORS § | | CHAPTER 13 |

**ORDER GRANTING TRUSTEE'S MOTION TO DISBURSE PRE-CONFIRMATION PAYMENTS TO SECURED CREDITORS**

Came to be heard January 13, 2010, the Trustee's Motion to Disburse Pre-confirmation Payments To Secured Creditors. After consideration of the facts presented, the Court finds the motion to be meritorious and grants the relief sought by the Trustee.

**IT IS THEREFORE ORDERED** that the Trustee make the following pre-confirmation disbursements to the secured portion of the claim of the IRS, the secured arrearage claim of Jackie Matlock and the $27,939.19 secured claim of First State Bank: $4,475 to IRS [Trustee claim 72], $1,340 to Jackie Matlock [Trustee claim 4], $1,165 to First State Bank [Trustee claim 2].

**IT IS FURTHER ORDERED** that this order shall remain in effect in the event that this case is dismissed or converted, and in that instance the Trustee shall disburse all payments due creditors under this order during his regular case closing procedure.

#

Order submitted by Ray Hendren, Trustee