

The relief described hereinbelow is SO ORDERED.

Signed January 29, 2010.

_____
Ronald B. King
United States Chief Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| IN RE: § | | CASE NO. 09-60792-RBK |
| § | | |
| GARY V. ST. CLAIR § | | |
| INA I. ST. CLAIR § | | |
| § | | |
| DEBTORS § | | CHAPTER 13 |

### INTERIM ORDER RETAINING CASE ON CONDITIONS AND RESETTING THE PLAN CONFIRMATION HEARING

Came to be heard on January 26, 2010 the Trustees Motion to Dismiss Case. The Debtors and their attorney and the Trustee appeared. The Court heard evidence, considered the pleadings of the parties and made findings of fact on the record. The Court ORDERS as follows:

The Plan confirmation hearing is scheduled for February 10, 2010 at 9:15 am. The Trustee is to have received two plan payments of $2750 ($5500.00 total) from the Debtors before the Plan confirmation hearing. The Debtors are to file a motion to sell property (portions of the Debtors' homestead) sufficient to pay the lien holders claim, secured claims of the IRS, and past due ad valorem property taxes and cause the motion to sell property to be set for hearing on February 10, 2010 along with confirmation. If the Trustee has not received $5500 before February 10, 2010 or if Debtors have not filed a motion to

sell property and have caused it to be set along with Confirmation Hearing, the case shall be dismissed on February 10, 2010.

###

Order submitted by:

Ray Hendren, Trustee